NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000476
06-DEC-2019
07:55 AM

NO. CAAP-17-0000476

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHAD LOS BANOS, Appellant-Appellee, v.
HAWAII LABOR RELATIONS BOARD, STATE OF HAWAII;
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII,
Appellees-Appellees,
and
UNITED PUBLIC WORKERS, AFSCME LOCAL 646,
AFL-CIO, Union-Appellee-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 16-1-0274)

ORDER DENYING MOTION FOR RECONSIDERTION
(By: Fujise, Presiding Judge, Leonard and Hiraoka, JJ.)

Upon consideration of Union-Appellee-Appellant's Motion for Reconsideration, filed on December 2, 2019, and the records and files herein, IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, December 6, 2019.

On the motion:

Herbert R. Takahashi,
(Takahashi and Covert),
for Union-Appellee-Appellant.

Presiding Judge

Associate Judge

Associate Judge